

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-21-00525-CV

**IN THE INTEREST OF S.R.H**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02064
Honorable Kimberly Burley, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Martinez, Justice
                Liza A. Rodriguez, Justice

On June 23, 2022, the Texas Department for Family and Protective Services filed a motion requesting issuance of an expedited mandate pursuant to Texas Rule of Appellate Procedure 18.1(c). After consideration, we **deny** the Department's motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court